UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN D., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.:  21-cv-1403-DEB <br><br> **SCHEDULING ORDER** |

On August 5, 2021, Plaintiff filed a Complaint seeking judicial review of Defendant's denial of disability benefits under the Social Security Act. Dkt. No. 1. On June 2, 2022, Defendant filed the administrative record. Dkt. Nos. 10, 11. Under Local Rule 16.1(e)(3), this Court will not hold an Early Neutral Evaluation Conference for this case.  Instead, the Court issues the following scheduling order:

1.     The parties must engage in good faith settlement negotiations to resolve the case. On or before **July 7, 2022**, Plaintiff must prepare and deliver by e-mail to the Special Assistant United States Attorney ("SAUSA") representing the Commissioner a written and detailed proposal of settlement.

2.   On or before **July 28, 2022**, the Commissioner must evaluate the merits of Plaintiff's contentions and confer with Plaintiff's counsel in writing by mail, e-mail, or facsimile transmission.

3.   If the parties cannot resolve the case, Plaintiff must file and serve a motion for summary judgment on or before **August 4, 2022**.

4.   Defendant must file and serve an opposition and cross-motion for summary judgment on or before **September 2, 2022**.

5.   Plaintiff must file and serve an opposition to the cross-motion and reply to Defendant's opposition on or before **September 16, 2022**.

6.   Defendant must file any reply to Plaintiff's opposition to the cross-motion on or before **September 23, 2022**.

7.   Unless the Court orders otherwise, it will resolve this matter on the papers and without a hearing.

**IT IS SO ORDERED**.

Dated:  June 2, 2022

_____
Honorable Daniel E. Butcher
United States Magistrate Judge